In the Matter of NEW STRAND THEATRE, Inc., Bankrupt. Morris Ratett, Appellant, Leo Kaplan, Trustee in Bankruptcy of New Strand Theatre, Inc., Appellee.

No. 186, Docket 22599.

United States Court of Appeals
Second Circuit.

Argued Feb. 2, 1953.

Decided Feb. 4, 1953.

Gainsburg, Gottlieb, Levitan & Cole and Samuel Gottlieb, New York City, for appellant.

Levin & Weintraub and Benjamin Weintraub, New York City, for appellee.

Leo A. Greenbaum, New York City, for creditors.

Before SWAN, Chief Judge, and CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below. 109 F.Supp. 350.

Rose DALGLEISH and John Dalgleish, Her Husband and John Dalgleish, Individually, v. Walter E. LEONARD and Hilda M. Peterson, Executors of the Estate of Walter F. Leonard, Deceased, and Thomas Dursa, Appellants (John Dalgleish, third-party defendant).

No. 10880.

United States Court of Appeals
Third Circuit.

Argued Jan. 19, 1953.

Decided Jan. 23, 1953.

Avra N. Pershing, Jr., Greensburg, Pa. (Henry B. Waltz, Jr., Greensburg, Pa., on the brief), for appellants.

Milton W. Lamproplos, Pittsburgh, Pa. (Smith, Buchanan, Ingersoll, Rodewald & Eckert, Hamilton A. Robinson and Dickie, McCamey, Chilcote, Reif & Robinson, all of Pittsburgh, Pa., on the brief), for appellees.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

In this case the district court ordered judgment against one of the original defendants and the personal representatives of the other for injury arising out of an automobile accident. The court set aside the finding of the jury that John Dalgleish, one of the original plaintiffs and later joined as a third-party defendant, was negligent. The matter was discussed in an opinion by the district judge, D.C., 109 F.Supp. 930. We agree with his point of view about the matter and have nothing further to add.

The judgment of the district court will be affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 36.

No. 14760.

United States Court of Appeals
Eighth Circuit.

Jan. 13, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

William L. Clinton, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.